UNITED STATES *v.* DALLES MILITARY ROAD COMPANY. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. No. 1159, argued with No. 1073.

BREWER, J. The questions in this case are substantially the same as those in No. 1073, *United States* v. *California & Oregon Land Company.* It is unnecessary, therefore, to state the facts in detail, and it is sufficient to say that the same decree of affirmance will be entered.

*Mr. Assistant Attorney General Parker* for appellants.

*Mr. James K. Kelly* for appellees.